ALEXANDER V. FRASER et al., as Executors of FRANKLIN A. WILCOX, Deceased, Appellants, *v.* THE CITY OF NEW YORK, Respondent.

*Fraser* v. *City of New York*, 156 App. Div. 945, affirmed.
(Argued November 23, 1914; decided December 8, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered June 13, 1913, reversing a judgment in favor of plaintiffs entered upon a verdict and directing a dismissal of the complaint in an action to recover damages alleged to have been sustained by plaintiff by reason of the erection of a temporary building in the street in front of his premises and its use for the storage of fire apparatus.

*Herbert Green* for appellants.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* and *William E. C. Mayer* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.